IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

Before the Honorable Scott L. Palk
United States Courthouse, Room 3102, Oklahoma City, Oklahoma

### ORDER FOR STATUS/SCHEDULING CONFERENCE

**NOTICE TO ALL COUNSEL:**

Counsel are required to file the **Joint Status Report and Discovery Plan** not later than **August 31, 2023**.  See LCvR 16.1(a)(1) and *Appendix II*.

**Status Conferences will be held telephonically unless otherwise directed by the Court**.  In appropriate cases, the court may conclude a formal status conference is unnecessary and will proceed with entry of a Scheduling Order based solely on the information provided in the Joint Status Report and Discovery Plan.  **If a Scheduling Order is entered prior to the conference, the conference is deemed stricken.**

The conference shall be attended by counsel with authority to make appropriate decisions and by any *pro se* litigants, at the time indicated below.  See LCvR 16.1(a)(2).

**THURSDAY, SEPTEMBER 7, 2023**

| | | |
|---|---|---|
| 9:00 AM<br>CIV-21-607-SLP | Dezso Silagyi, et al., | Anderson J. Dark<br>Scott R. Jackson |
| | v. | |
| | Indepehdent School District No. 12 | F. Andrew Fugitt<br>Laura L. Holmgren-Ganz<br>Emma C. Kincade<br>Lance C. Cook |
| 9:15 AM<br>CIV-23-286-SLP | William Thompson | R. Tod Waddell |
| | v. | |
| | Barstool Sports, Inc., | Zachary A P Oubre |

| | | | |
|---|---|---|---|
| 9:30 AM<br>CIV-23-326-SLP | Jacqueline L. Rowe<br><br>v.<br><br>Schulte Hospitality Group, LLC | Jackqueline L. Rowe<br><br><br><br>Fareshteh H. Hamidi<br>Jason Edward Winford<br>Robert A. Bragalone |
| 9:45 AM<br>CIV-23-458-SLP | Joshua Davis<br><br>v.<br><br>Alltran Financial LP | Jeffrey A. Wilson<br><br><br><br>Justin King |
| 10:00 AM<br>CIV-23-565-SLP | Andrea E. Hall<br><br><br><br>v.<br><br>Wal-Mart Stores East LP, et al. | Anthony M. Alfonso<br>David K. Hilbern<br>Monty L. Cain<br><br><br><br>Andre V. Farinha<br>Michael W. Brewer |
| 10:15 AM<br>CIV-23-604-SLP | Lucy Walker<br><br>v.<br><br>First National Bank & Trust Company | Mark E. Hammons<br>Amber L. Hurst<br><br><br>Nathan L. Whatley |